NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEARNING CURVE BRANDS, INC.,**
*Plaintiff-Appellant,*

v.

**MUNCHKIN, INC.,**
*Defendant-Appellee.*

---

2011-1036

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0416, Senior Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Munchkin, Inc. moves without opposition for an extension of time, until November 22, 2011, to file its responsive brief, and for an extension of time, until December 19, 2011, for Learning Curve Brands, Inc. to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: R. Trevor Carter, Esq.
    Josephine K. Benkers, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK